IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
IN ADMIRALTY
Case No. 7:19-CV-180

| | |
|---|---|
| CAPE FEAR BOAT WORKS, INC. ) | |
| ) | |
| Plaintiff, ) | ORDER ON |
| v. ) | MOTION FOR ENTRY OF FAULT, |
| ) | AND FOR DEFAULT JUDGMENT |
| S/V SO WHAT, her boats, tackle, ) | FRCP 55(a), LAR C.3, C.4 |
| apparel, furniture, engines, permits, ) | |
| and appurtenances, etc., ) | |
| *in rem*, ) | |
| ) | |
| Defendant ) | |

Now comes the Court, on Plaintiff's Motion for Entry of Default and Default Judgment, and for the reasons set forth in Plaintiff's said Motion and the Memorandum in Support thereof filed contemporaneously therewith GRANTS the Motion and hereby enters a DEFAULT JUDGMENT against the Vessel S/V SO WHAT in the sum of $$44,894.04, plus the costs of filing this action of $400, the $50/day substitute custodian's fee beginning on the date of arrest of 10 October through the date hereof ($_____), plus such other custodia legis costs as are reported to the Court by the U.S. Marshal of $_____ following sale of the Vessel.

SO ORDERED. This the 17 day of December, 2019.

JAMES C. DEVER III
**United States District Judge**